# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-2971

_____

Kesheanna Jackson

*Plaintiff - Appellant*

v.

Norac, Inc. (originally named as Norac Additives Inc), doing business as Norac Additives

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: May 19, 2017
Filed: May 24, 2017
[Unpublished]

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this employment-discrimination action, Kesheanna Jackson appeals the district court's[1] adverse grant of summary judgment on her harassment and retaliation

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.

claims under Title VII and the Arkansas Civil Rights Act. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court agrees with the district court's reasoning and concludes that summary judgment was properly granted. *See Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment is reviewed de novo, viewing record in light most favorable to nonmovant); *Integrity Floorcovering, Inc. v. Broan-Nutone, LLC*, 521 F.3d 914, 917 (8th Cir. 2008) (district court's determination of state law is reviewed de novo).

The judgment is affirmed.

_____